UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-60277-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**JOSEPH RICCIARDI,**

        Defendant.
_____/

## ORDER OF TRANSFER TO CLERK

The above named defendant is hereby transferred to the Clerk's suspended file until such time as the defendant is apprehended.

DONE and ORDERED in Miami-Dade County Florida, this 30th day of September, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE