IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
                  Plaintiff

vs.

                          Case No: 19-CR-60277-CR-FAM

JOSEPH RICCIARDI,
                  Defendant.

### *DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT*

      COMES NOW, JOSEPH RICCIARDI, by and through undersigned counsel, and files the following objections to the Presentence Investigation Report ("PSR"):

1.    Mr. Ricciardi would object to paragraph 53 and requests additions. Mr. Ricciardi requests the PSR include the fact that the patients were not being paid and actually received the tests that were billed, to the best of Ricciardi's knowledge. Also, Ricciardi's company recruited marketing companies that were in the industry recruiting patients for other laboratories. The patients that were recruited by these marketing companies were supposed to be targeting people based upon their personal history or family history of hereditary cancer.

2.    Mr. Ricciardi objects to paragraph 66 of the PSR in that it states that he was arrested on November 8, 2019. The paragraph should read that he self-surrendered to authorities on November 8, 2019.

3.  Mr. Ricciardi objects to paragraphs 128 and 129 of the PSR. Mr. Ricciardi did not live with his father from 14 to 17. Mr. Ricciardi was homeless and in foster care from 14 ½ to 16 ½ years old. Mr. Ricciardi moved back in with his father when he was 16 ½ years old and then went to the military at 17 years old.

4.  Mr. Ricciardi objects to paragraph 139 of the PSR in that he did not reside with his father in Arizona at the age of 14. Mr. Ricciardi lived in Arizona from 1992 to 1998.

5.  Mr. Ricciardi objects to paragraph 158 of the PSR in that it does not include his monthly expense of an auto loan of $430.00 per month for a 2014 Hyundai Equis. The 2018 Lexus LC500 and the $1850.00 payment have been taken over by Will Casey. Also, Mr. Ricciardi owns 23% of Healing Hemp Vibes LLC which has leased a building and machinery. Mr. Ricciardi intends to use the proceeds from this company to pay his restitution.

    WHEREFORE Mr. Ricciardi requests his objections be sustained.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com